# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| THOMAS G. VOLLMER, et al.<br>*Plaintiff(s)*<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, et al.<br>*Defendant(s)* | Case Number: 99-434-GPM |

## RECEIPT FOR EXHIBITS

Pursuant to Local Rule 79.1(b), the undersigned acknowledges receipt from the Clerk of Court the exhibits introduced into evidence on behalf of Plaintiff in court, consisting of Publishers' Clearing House mailers

DATED: December 19, 2012

*Pat Holloway*
David Cates Attorney for Plaintiff

Pat Holloway